**Order entered September 21, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00639-CV

## TORIANO MANDRELL KIRK, Appellant

## V.

## TANITA NASH ATKINS, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-19-06824-B

## ORDER

The reporter's record is currently due September 30, 2021. By motion filed September 20, 2021, Robin N. Washington, Official Court Reporter for County Court at Law No. 2, requests an extension to October 5th. We **GRANT** the request and **ORDER** the record be filed no later than October 5, 2021.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE